# Exhibit A
## Statement of Claim
## Plaintiff Murnie Sterlandie Louis

### Unpaid Overtime Wages, Minimum Wages, and Wages Paid Late

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Regular Hourly Rate[1] | Minimum Wage Hourly Rate[12] | Overtime Hourly Rate[1] | Percent of Weeks Paid Late[1] | Percent of Weeks Not Paid[1] | Total Unpaid Minimum Wages[1] | Total Unpaid Overtime Wages[1] | Total Late Pay Liquidated Damages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/9/24 - 6/17/26 | 18 | 56.1 | $ 15.00 | $ 13.37 | $ 22.50 | 0% | 100% | $ 9,626.40 | $ 6,520.50 | $ - | $ 16,146.90 |
| 9/9/24 - 6/17/26 | 6 | 22.1 | $ 15.00 | $ 13.37 | $ 22.50 | 0% | 100% | $ 1,772.86 | $ - | $ - | $ 1,772.86 |
| 9/9/24 - 6/17/26 | 52 | 56.1 | $ 15.00 | $ 13.37 | $ 22.50 | 80% | 0% | $ - | $ 6,279.00 | $ 32,294.08 | $ 38,573.08 |
| 9/9/24 - 6/17/26 | 17 | 22.1 | $ 15.00 | $ 13.37 | $ 22.50 | 80% | 0% | $ - | $ - | $ 3,621.68 | $ 3,621.68 |
| | | | | | | | | **$ 11,399.26** | **$ 12,799.50** | **$ 35,915.76** | **$ 60,114.52** |

| | |
|---|---|
| **Total Unpaid Minimum Wages[1] =** | **$ 11,399.26** |
| **Total Unpaid Overtime Wages[1] =** | **$ 12,799.50** |
| **Total Late Pay Liquidated Damages[1] =** | **$ 35,915.76** |
| **Total Liquidated Damages[1] =** | **$ 60,114.52** |
| **Total[1] =** | **$ 84,313.28** |

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process, litigation, and/or at trial.

[2] The Minimum Wage Hourly Rate is calculated using a weighted average, yielding a result mathematically identical to using the actual rates.